UNITED STATES of America,
Plaintiff–Appellee,

v.

Andre Ferne SAINT–JEAN, a/k/a
Dre, Defendant–Appellant.

No. 13–6249.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2013.

Decided: April 26, 2013.

Andre Ferne Saint–Jean, Appellant Pro Se. Joseph W.H. Mott, Office of the United States Attorney, Roanoke, Virginia; Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Ferne Saint–Jean appeals the district court's order denying, for want of jurisdiction, his motion for reconsideration of an order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Saint–Jean,* No. 5:06–cr–00038–GEC–7 (W.D.Va. Feb. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*